PER CURIAM.
Affirmed. See Katz v. Red Top Sedan Service, Inc., Fla.App.1962, 136 So.2d 11, 12; Schoeppl v. Okolowitz, Fla.App.1961, 133 So.2d 124, 127; Tampa Transit Lines, Inc. v. Rodriguez, Fla.App.1958, 100 So.2d 676; Tamiami Trail Tours v. Wooten, Fla. 1950, 47 So.2d 743; Barton v. Miami Transit Co., Fla.1949, 42 So.2d 849; Baynard v. Liberman, Fla.App.2nd District, 139 So.2d 485. See also Warfield v. Drawdy, Fla. 1949, 41 So.2d 877.
ALLEN, Acting C. J., WHITE, J., and SANDLER, HARRY N., Associate Judge, concur.